# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JARIDA GARCIA-MELENDEZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JOSE RODRIGUEZ GONZALEZ, ET AL., <br><br> Defendants. | **Civil No. 14-1560 (SEC)** |

## ERRATA SHEET

The opinion of this Court issued on September 21, 2016, Docket # 78, is amended as follows:

On page 10, line 16, "whether a defendant<u>s</u> lacks incentive…" is changed to "whether a defendant lacks incentive…"

In footnote 6, "to with," is changed to "to wit,"

On page 22, line 13, "Defendants request is premised…" is changed to "Defendants' request for summary judgment is premised…"

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of January, 2017.

*s/ Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge